United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHESTER JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CTF SOLEDAD STATE PRISON, et al.,<br><br>    Defendants. | Case No. 16-cv-05548-MEJ (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, the Court hereby DISMISSES this action without prejudice. The Clerk of the Court shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 29, 2017

MARIA-ELENA JAMES
United States Magistrate Judge