UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHESTER JOHNSON,<br>　　　　Plaintiff,<br>　v.<br>CTF SOLEDAD STATE PRISON, et al.,<br>　　　　Defendants. | Case No. 16-cv-05548-MEJ (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, the Court hereby DISMISSES this action with prejudice. The Clerk of the Court shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 28, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge