UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHESTER JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>CTF SOLEDAD STATE PRISON, et al.,<br>　　　　Defendants. | Case No. 16-05548 EJD (PR)<br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is DISMISSED with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:** _____1/14/2022_____

EDWARD J. DAVILA
United States District Judge

Judgment
PRO-SE\EJD\CR.16\05548Johnson_judgment